| AO-10 (pdf)<br>Rev. 1/2005 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978,<br>(5 U.S.C. App. §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br><br>Tacha, Deanell R. | 2. Court or Organization<br>United States Court of Appeals<br>Tenth Circuit | 3. Date of Report<br><br>May 12, 2005 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Chief Circuit Judge (Active) | 5. Report Type (check appropriate type)<br>__ Nomination, Date _____<br>__ Initial  X Annual.  __ Final | 6. Reporting Period<br><br>01/01/04-12/31/04 |
| 7. Chambers or Office Address<br><br>643 Massachusetts St., Suite 301<br>Lawrence, KS 66044-2292 | 8. On the basis of the information contained in this Report and<br>any modifications pertaining thereto, it is, in my opinion,<br>in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1. See Attachment #1 | |
| 2. | |
| 3. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1. | |
| 2. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

A. Filer's Non-Investment Income

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1. See Attachment #2 | | $ |
| 2. | | $ |
| 3. | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1. | | |
| 2. | | |

RECEIVED MAY 18 10 31 AM '05 FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements.) | |
| 1. See Attachment #3 | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☒ NONE (No such reportable gifts.) | | |
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |
| 4. | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities.) | | |
| 1. See Attachment #4 | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

| Name of Person Reporting | Date of Report |
|---|---|
| Tacha, Deanell R. | May 12, 2005 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  See Attachment #5 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tacha, Deanell R. | May 12, 2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)


## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C, app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ███████████████████████  Date __5/12/05__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES ●R FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
 United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

FINANCIAL DISCLOSURE REPORT (Cont'd)     Tacha, Deanell R.     May 12, 2005

## I. POSITIONS.

| Position | Name of Organization/Entity |
| --- | --- |
| Board of Trustees | Saint Paul School of Theology |
| Board of Directors | Kansas Health Foundation |
| Adjunct Faculty | Duke University School of Law |
| Board of Trustees | Kansas University Endowment Association |
| Board of Trustees, Treasurer thru June 2004 President as of July 2004 | ▓merican Inns of Court |
| Stockholder & Manager | ▓▓▓▓ Liability Corporation |
| Stockholder | ▓▓▓▓ Agricultural Liability Corp. |
| Chair | Kansas Territorial Sesquicentennial Commission |
| Chair | Lawrence/Douglas County Heritage Area Committee |

FINANCIAL DISCLOSURE REPORT (Cont'd)     Tacha, Deanell R.     May 12, 2005

## III. NON-INVESTMENT INCOME.

| Date | Source and Type | Gross Income |
|------|-----------------|--------------|
| | Bureau of Lectures and Concert Artists | Salary |
| 11/17-11/18/04 | Duke University School of Law, teaching fee | $4,265.00 |

**FINANCIAL DISCLOSURE REPORT** (Cont'd)     Tacha, Deanell R.     May 12, 2005

## IV. REIMBURSEMENTS AND GIFTS.

| Source | Description |
|---|---|
| Drake University Law School Debate Federalist Society Chapter Des Moines, IA February 17-18, 2004 | Ground transportation, air fare, lodging and meals |
| Inns of Court Justice Holland Recognition Ceremony Wilmington, DE April 13, 2004 | Air fare |
| Boston College Law School Moot Court Newton, MA April 14-15, 2004 | Ground transportation, air fare, and meals |
| National Conference on Legal Education Dallas, TX April 16, 2004 | Ground transportation, air fare |
| ABA Section of Litigation Annual Conference Scottsdale, AZ May 5-6, 2004 | Ground transportation, air fare, lodging and meals |
| American Inns of Court Site Visit Washington, D.C. July 12-13, 2004 | Ground transportation, lodging and meals |
| American Inns of Court 9th Circuit Award Monterey, CA July 19-20, 2004 | Air fare, ground transportation, lodging and meals |

FINANCIAL DISCLOSURE REPORT (Cont'd)     Tacha, Deanell R.     May 12, 2005

## IV. REIMBURSEMENTS AND GIFTS.

Source                                    Description

National Conference of                    Air fare, ground transportation,
  Bankruptcy Judges                       lodging and meals
Nashville, TN
October 10-11, 2004

American Inns of Court                    Air fare, ground transportation,
Foundation Board Meeting                  lodging and meals
Washington, D.C.
October 14-17, 2004

Kansas Health Foundation                  Air fare, ground transportation,
Board Meeting & Retreat                   lodging and meals
Wichita, KS
October 19-21, 2004

Cleveland State University                Air fare, ground transportation,
Marshall College of Law                   lodging and meals
  Moot Court
Cleveland, OH
November 2-4, 2004

Southern Methodist University             Air fare, ground transportation,
School of Law-Appellate                   lodging
  Judges Education Institute
Dallas, TX
November 11-12, 2004

Wake Forest School of Law                 Air fare, ground transportation,
Moot Court                                lodging and meals
Winston-Salem, NC
November 18-20, 2004

FINANCIAL DISCLOSURE REPORT (Cont'd)     Tacha, Deanell R.     May 12, 2005

## VI. LIABILITIES

| Creditor | Description | Value Code* |
|---|---|---|
| University National Bank | Business Loan | L |
| Sallie Mae | ████ Student Loans | L |
| Emprise Bank | Real Estate Loan | M |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

# ATTACHMENT 5

## FINANCIAL DISCLOSURE REPORT (Cont'd)    Tacha, Deanell R.    May 12, 2005

### VII. INVESTMENTS and TRUSTS – income, value, transactions

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B(1) Amt. Code1 (A-H) | B(2) Type (e.g., div., rent or int.) | C(1) Value Code2 (J-P) | C(2) Value Method Code3 (Q-W) | D(1) Type (e.g., buy, sell, merger, redemption) | D(2) Date Month-Day | D(3) Value Code2 (J-P) | D(4) Gain Code1 (A-H) | D(5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Putnam Vista Funds - IRA | B | Div. | L | T | | | | | |
| 2 | Putnam Voyager Funds - IRA | B | Div. | L | T | | | | | |
| 3 | TIAA Retirement Fund | D | Div. | M | W | | | | | |
| 4 | Trust of Parents – Value and assets unknown to me-- no incom , beneficiary upon their death | | | | | | | | | |
| 5 | Putnam Global Growth I A Fund | B | Div. | K | T | | | | | |
| 6 | Putnam Global Growth IRA Funds | B | Div. | K | T | | | | | |
| 7 | Bureau of Lectures & Concert Artists (sole stockholder) | A- except spouse salary | Int. | M | W | | | | | |
| 8 | Morgan Stanley D an Witter Mutual Funds | | None | M | W | | | | | |
| 9 | , L.C. | | None | M | T | | | | | |
| 10 | Real Est te-Dec. Co | B | Rent | K | T | | | | | |
| 11 | Agriculture, L.C. | | None | K | T | | | | | |
| 12 | Real Estate-housing for Hays, Ellis County, KS | | None | L | R | Buy | July 2004 | L | None | Seller: Henry Schwaller |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or les F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,00 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$ 50,000 P =$5, ,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |